UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                CASE NO: 2:14-cr-79-FtM-38DNF

AMBER PALFALVI

### ORDER

This matter comes before the Court on Motion to Allow Defendant to Retain Expert Witness (Doc. #93) filed on February 16, 2015. Counsel moves the Court for an order allowing the retention of an expert witness in the area of synthetic chemistry and biochemistry, and granting the fees associated with such[1]. Counsel has contacted Gregory B. Dudley, Ph.D., Associate Professor and Associate Chair, Department of Chemistry and Biochemistry at Florida State University, and he is available to testify at the Defendant's sentencing scheduled for April 6, 2015. However, Counsel does not include the required specifics including the rate per hour, an estimate of how many hours is necessary to complete the services requests, and travel costs. The Court must have this information in order to accurately determine whether the expense is a necessity and if necessary, affirm this information to the Eleventh Circuit Court of Appeals[2].

Accordingly, it is now

---

[1] As the Defendant has been found to be indigent, Defense Counsel was appointed to represent the Defendant pursuant to the Criminal Justice Act.

[2] Pursuant to Guide to Judicial Policy, Vol. 7A, § 310.20.10(a)-(e), with prior authorization, compensation for investigative, expert, and other services is limited to $2,400.00. §310.20.20 provides that payment in excess of the $2,400.00 may be made when certified by the District Court and approved by the Chief Judge of the Circuit.

**ORDERED:**

The Motion to Allow Defendant to Retain Expert Witness (Doc. 93) is **DENIED without prejudice**.

**DONE AND ORDERED** at Fort Myers, Florida, this February 18, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record