UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                        CASE NO: 2:14-cr-79-FtM-38DNF

AMBER PALFALVI

_____

### ORDER

This matter comes before the Court on Amended Motion to Allow Defendant to Retain Expert Witness (Doc. #95) filed on February 20, 2015.  Counsel moves the Court for an order granting expert witness fees for the purpose of securing expert testimony during the sentencing hearing scheduled for April 6, 2015[1]. Counsel indicates an expert in synthetic chemistry is necessary to assist counsel and the Court in understanding the complexities and comparison between ethylone, methylone and MDMA and other substances.  Counsel has secured Gregory B. Dudley, Ph.D., Associate Professor and Associate Chair, Department of Chemistry and Biochemistry at Florida State University. Dr. Dudley is available to testify at Defendant's hearing and estimates his costs for off-site consulting, on-site consulting, testimony, travel and incidental expenses to total $9025.00[2].

---

[1] As the Defendant has been found to be indigent, Defense Counsel was appointed to represent the Defendant pursuant to the Criminal Justice Act.

[2] Counsel provided the Court with a written estimate which reflects off-site consulting fees of of $250.00/hour for 8 hours to equal $2000.00, on-site consulting fees of $2500.00 per day to equal $5000.00, and travel/incidental fees of $2025.00, all totaling $9025.00.

Upon review, pursuant to 18 U.S.C. § 3006(A)(e)(3), the Court will grant the Motion up to the maximum amount[1] of $2,400, and the rest will be paid contingent upon and pending authorization from the Eleventh Circuit Court of Appeals[3].   Upon receiving confirmation of approval from the Court, counsel shall forward a completed CJA 21 form to the CJA Deputy Clerk in the Orlando Division with a copy of the Memorandum confirming authorization.

Accordingly, it is now

**ORDERED:**

The Amended Motion to Allow Defendant to Retain Expert Fees (Doc. 95) is **GRANTED** pending authorization from the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Fort Myers, Florida, this February 23, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

_____

[3] Pursuant to Guide to Judicial Policy, Vol. 7A, § 310.20.10(a)-(e), with prior authorization, compensation for investigative, expert, and other services is limited to $2,400.00. §310.20.20 provides that payment in excess of the $2,400.00 may be made when certified by the District Court and approved by the Chief Judge of the Circuit.